Bradley v HWA 1290 III LLC (2018 NY Slip Op 06853)

Bradley v HWA 1290 III LLC

2018 NY Slip Op 06853 [32 NY3d 1010]

October 16, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, November 28, 2018

[*1]

Marie Bradley, Individually and as Administratrix of the Estate of Edward Bradley, Deceased, Appellants,
v
HWA 1290 III LLC et al., Respondents.

Decided October 16, 2018

Bradley v HWA 1290 III LLC, 157 AD3d 627, affirmed.

APPEARANCES OF COUNSEL

Pollack, Pollack, Isaac & DeCicco, LLP, New York City (Brian J. Isaac of counsel), for appellants.
Sabatini & Associates, New York City (Richard J. Sabatini of counsel), for respondents.

{**32 NY3d at 1011} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. To the extent that a violation of standards of the American National Standards Institute constitutes evidence of negligence (see Sawyer v Dreis & Krump Mfg. Co., 67 NY2d 328 [1986]; Trimarco v Klein, 56 NY2d 98 [1982]), plaintiffs' reliance on those standards was proper. However, plaintiffs nevertheless failed to raise a triable question of fact as to whether defendants had either actual or constructive notice of the alleged dangerous condition.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Wilson and Feinman. Taking no part: Judge Garcia.